1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES EDWARD JEFFERSON,

11            Plaintiff,                  No. CIV S-09-1405 MCE GGH PS

12       vs.

13   OFFICER CURTIS, et al.,

14            Defendants.              ORDER TO SHOW CAUSE

15   _____/

16            On September 9, 2009, the court entered its order granting plaintiff's request to

17   proceed in forma pauperis and directing the Clerk to forward to plaintiff a summons form and a

18   USM-285 form for each defendant.  Pursuant to that order, within 15 days from the filed date of

19   the order, plaintiff was to provide the United States Marshal with the information to complete

20   service of process and was to file a statement with the court that said documents were submitted

21   to the United States Marshal.  The court has not received a proof of service showing that the

22   defendants have been served and the plaintiff has not filed a statement that the documents were

23   submitted to the Marshal.

24   \\\\\

25   \\\\\

26   \\\\\

1    THEREFORE, plaintiff is ordered to show cause, within twenty-one (21) days,

2  why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

3  DATED: December 15, 2009

4

5                                      /s/ Gregory G. Hollows
                                _____
6  jefferson1405.osc                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26