UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD JAMES JEFFERSON,            No. 2:09-cv-01405-MCE-KJN

        Plaintiff,

  v.                                ORDER

CURTIS, et al.,

        Defendants.

----oo0oo----

Pursuant to the Court's Order on December 14, 2010 (ECF No. 24), Plaintiff was required to file a written response to the Court's Order to Show Cause, scheduled for January 13, 2011. Based upon Plaintiff's failure to comply with this Court's Order, the above-captioned case is hereby DISMISSED with prejudice for failure to prosecute. The Clerk is ordered to close the case.

Dated: January 11, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1